In the Matter of ARTHUR S. COWEN et al., Respondents, against GRACE A. REAVY et al., Constituting the Civil Service Commission of the State of New York, Appellants.

Submitted October 7, 1940; decided October 15, 1940.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 232.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT MUMMIANI, Respondent, against LEWIS E. LAWES, as Warden of Sing Sing Prison, Appellant.

Submitted October 7, 1940; decided October 15, 1940.

*Vincent Mummiani*, in person, for motion.
No one opposed.
Motion denied on the ground no appeal is pending.